■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY SMALLWOOD, Appellant, v WARDEN, ULSTER CORRECTIONAL FACILITY, Respondent. [855 NYS2d 370]—Appeal from an order, Supreme Court, New York County (Michael R. Ambrecht, J.), entered February 2, 2007, unanimously dismissed, as moot, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Mazzarelli, J.P., Friedman, Sweeny and Moskowitz, JJ.